UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| UNITED STATES OF AMERICA<br><br>        Plaintiff<br>v.<br><br>BRUNO TEIXEIRA<br><br>        Defendant. | Civil Action No.: 09-4634 |
|---|---|

**ORDER GRANTING SUMMARY JUDGMENT**

THIS MATTER having been opened to the Court by the Law Office of Frank J. Martone, P.C., Crystal G. Calabrese, Esq., attorneys for Plaintiff United States of America, for an Order granting Summary Judgment to Strike Defendant's Answer and the Court having considered the submissions of the parties, and for good cause shown;

IT IS ON THIS _____ day of _____, 2010

ORDERED:

1. The Answer filed on behalf of Defendant be and is hereby stricken and that the Clerk of the Court is hereby instructed to enter judgment against Defendant as though no answering pleading has been filed; and

2. That this matter shall proceed as an uncontested matter; and

3. That Plaintiff shall serve a copy of this Order on Defendant within _____ days of Plaintiff's receipt of the Order.

_____
United States District Judge

This matter was:____ opposed _____unopposed